260 F.3d 1284 (11th Cir. 2001)
 In re DANIEL A. WELZEL, Debtor.
ADVOCATE REALTY INVESTMENTS, LLC, Plaintiff-Appellant,
KENNETH L. ROYAL, Plaintiff,
v.
DANIEL A. WELZEL, Defendant-Appellee.
In re DANIEL A. WELZEL, Debtor.
ADVOCATE REALTY INVESTMENTS, LLC, Plaintiff-Appellant,
KENNETH L. ROYAL, Plaintiff,
v.
DANIEL A. WELZEL, Defendant-Appellee.
 Nos. 99-14875, 99-14876.
 UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
 August 7, 2001
 
 Appeals from the United States District Court for the Southern District of Georgia, (No. 99-00142-CV-4, 99-000145-CV-4); John F. Nangle, Judge.
 
 
 1
 (Opinion June 29, 2001, 245 F.3d 1283, 11th Cir., 2001)
 
 
 2
 Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON Circuit Judges.*
 
 BY THE COURT :
 
 3
 A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of thejudges in this court in active service having voted in favor of granting a rehearing en banc,
 
 
 4
 IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.
 
 
 
 NOTES:
 
 
 *
 Senior U.S. Circuit Judge Emmett R. Cox has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).